**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

IN RE:

**DWAYNE STEPHEN JERAULD**                              CASE NO. 18-20077

**DEBTOR(S)**

**ORDER ON TRUSTEE'S MOTION TO MODIFY PLAN**

The chapter 13 trustee having filed a motion to modify a confirmed plan pursuant to 11 U.S.C. § 1329 and the court being sufficiently advised, IT IS ORDERED:

The motion is SUSTAINED.  The plan modification is approved.

Order Tendered By:

/s/ Beverly M. Burden
Beverly M. Burden
Chapter 13 Trustee
KY #09330
PO Box 2204
Lexington KY  40588-2204
(859) 233-1527
notices@ch13edky.com

Copies To:

Debtor

Debtor's Attorney

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, December 6, 2019**
(tnw)